# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

KIRILL YUROVSKIY, a foreign individual,

    Plaintiff,

vs.

IMPEX POINT, LLC., a Florida Limited Liability Corporation

    Defendant.

Case No.: 9:18-cv-81288

## **AFFIDAVIT PURSUANT TO FFA. STAT. § 56.29**

THE STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, Andre G. Raikhelson, being sworn certify that the following statements are true to the best of my knowledge:

1. Affiant is at least eighteen (18) years of age, legally competent and authorized to execute this Affidavit.

2. Affiant makes this Affidavit based upon personal knowledge and as the attorney of record for the Plaintiffs in Case No. 9:18-cv-81288.

3. Plaintiff holds a final judgement against IMPEX POINT, LLC., which was issued by the United States Southern District of Florida, in the above styled matter.

4. The Final Judgment is in the amount of for the amount of Three Hundred Thirty-Five Thousand, One Hundred nine and sixty cents ($335,109.60).

5. The Final Judgement remains valid and outstanding.

6. On February 11, 2020, Mr. Petrov admitted, towards the end of that day of deposition that he compensates himself for business expenses with his personal account.

    Q.   The transactions, the withdrawals and other debits on November 1, 2017 to November 30, 2017. They're all -- besides the PayPal transactions, they're all credit card payments to either your Bank of America account or the American Express account; is that correct?

> A. Uh-huh.
>
> Q. Okay. Both of those -- is that a yes?
>
> A. Yes, yes.
>
> Q. And both of those credit cards are associated with Impex Point, yes?
>
> A. Which ones?
>
> Q. Well, the American Express card and the Bank of America credit card transaction?
>
> A. Not necessarily.
>
> Q. They can go to you individually?
>
> A. If I pay for the business with my personal card, then I compensate those expenses with this card, yes.
>
> Q. So are you testifying that at some -- in some instances, you pay for business expenses with your personal card and then compensate that with this account
>
> A. Yes.
>
> Q. Okay. And some of these American Express transactions could be just that, right?
>
> A. Yes, it can be.

(Petrov. Dep. Tran. Pg. 44; ln 4-25; pg. 45; ln 1-5 – February 11, 2020)

7. On February 18, 2020, Mr. Petrov attending a continuation of his February 11, 2020 deposition. This time, with documents and complete bank statements in hand, Mr. Petrov admitted to paying Impex Point, LLC.'s debts with his personal account.

   > Q. I'm going to give you mine, and I'm also going to show you the March 2019 statement from Bank of America. And this is the business Gold rewards for Impex Point American Express.
   >
   > A. Yes, yes.

> Q. Now, there is a $5,000 balance. Roughly, a $5,000 balance. Can you please for the Court tell me the exact balance, because I don't have it in front of me.
>
> A. $5,076.28.
>
> Q. And that's -- where did you pay them from? If we look at this checking account you have a negative balance. You didn't pay it from there. Where did you pay it from?
>
> A. I --
>
> Q. When I say this account, I mean your Bank of America checking account for Impex Point.
>
> A. Yes, I understand. Well, because -- because this problem was created for Impex Point and the account was frozen. I paid this balance from American Express myself, and I'm -- I can't afford to pay the whole amount. So little by little I paid it myself on my own.
>
> Q. So you used your personal account?
>
> A. Well, yes, of course.
>
> Q. Okay. And is that also true for April?
>
> A. It's true even to this point, because April and May, and you know, to the current time, because the ·activities of this company is frozen. I have to pay the balance myself.

(Petrov. Dep. Tran. Pg. 8; ln 2-25; pg. 9; ln 1-4 – February 18, 2020)

8. Plaintiff seeks proceedings supplementary to pierce the corporate veil and assert personal liability against the Supplementary Defendant as evidence exists showing the Supplementary Defendant compensates himself for business expenses with his personal account. Supplementary Defendant also admits to paying Judgment Debtor, IMPEX POINT, LLC.'s debts with his personal account.

9. Defendant is a mere conduit or alter-ego of the Supplementary Defendant used to evade and defraud creditors such as the Plaintiff.

**FURTHER AFFIANT SAYETH NAUGHT**

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on this 27th day of March, 2020.**

_____

Andre G. Raikhelson

Attorney for Plaintiff